DENNIS J. GALBRAITH, Appellant, v. CHURCH OF THE SACRED HEART, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

ETHEL GIBLETT, Respondent, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Blackmar, P. J., Rich and Putnam, JJ., concur; Mills and Kelly, JJ., dissent upon the ground that the court erred in declining to charge the first and third requests made by defendant's counsel.

WILLIAM GODNICK, as Trustee in Bankruptcy of LOUIS FOGEL, Bankrupt, Respondent, v. JACOB HORNSTEIN, Appellant.— The covenant to return the cash consideration for this sublease in case that within ninety days the paramount lease should be canceled was definite, plain and free from ambiguity. Plaintiff was rightly adjudged reimbursement of the sum which the bankrupt had advanced on the agreement for its return if the original lease should be terminated by action of the original lessor. Parol evidence was rightfully excluded. (*Gold* v. *Ross*, 195 App. Div. 721.) The pleadings and testimony made no pretense of mutual mistake as a ground to reform the instrument. The judgment and order are, therefore, unanimously affirmed, with costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

GORE AEROCRAFT CONSTRUCTION COMPANY, Respondent, v. AEROMARINE PLANE & MOTOR CO., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of Supplementary Proceedings. JACOB ADLER, Respondent, v. FIRST AMERICAN POULTRY CORPORATION, Defendant, Impleaded with BORIS TAITS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of the Petition of JAMES COWAN, Appellant, to Render and Settle His Account as Executor of THEODORE VON DER LUHE, Deceased. JENNIE CARRUTHERS, Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs to the claimant payable out of the estate. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Application of WILBUR SHUTE, as President of Local Union No. 390, Appellant, for a Writ of Mandamus, v. THE UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS OF UNITED STATES AND CANADA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

JOHN K. JONES and Others, Respondents, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.